**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Daniel MORALES, Defendant–**
**Appellant.**

No. 05–20085
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, Kathlyn Giannaula Snyder, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Eric Daniel Morales, former federal prisoner # 10876–179, appeals from the 11–month sentence imposed upon revocation of his supervised release.

This court must examine the basis of its jurisdiction on its own motion if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). Article III, § 2, of the Constitution limits federal court jurisdiction to actual cases and controversies. *See Spencer v. Kemna*, 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole—some 'collateral consequence' of the conviction—must exist if the suit is to be maintained." *Id.*

Morales has served the sentence that was imposed upon the revocation of his supervised release. The order revoking Morales's term of supervised release imposed no further term of supervised release. Accordingly, there is no case or controversy for this court to address, and the appeal is dismissed as moot.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

